```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                         SOUTHERN DIVISION

                        No. 7:14-CV-270-__
```

|                                          |   |                     |
|------------------------------------------|---|---------------------|
| ALAN TROY, ADMINISTRATOR OF THE          ) |   |                     |
| ESTATE OF DARLENE MAYBANKS               ) |   |                     |
| TROY,                                    ) |   | NOTICE OF REMOVAL   |
|                                          ) |   | AND SUBSTITUTION    |
|         Plaintiff,                       ) |   |                     |
|                                          ) |   |                     |
|         v.                               ) |   |                     |
|                                          ) |   |                     |
| SARAH PATTON TOWNE, DO, ERIN D.          ) |   |                     |
| WILLIAMSON, FNP, and CAROL A.            ) |   |                     |
| FLAUGHER, WHNPC.                         ) |   |                     |
|                                          |   |                     |
|         Defendants.                      |   |                     |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, on behalf of Erin D. Williamson, Family Nurse Practitioner and Carol A. Flaugher, Women's Health Nurse Practitioner at New Hanover Community Health Center, Inc., Wilmington, North Carolina, acting in their official capacities, hereby states as follows:

1. On September 10, 2014, Plaintiff, Alan Troy, Administrator of the Estate of Darlene Maybanks Troy, filed a Complaint in the Columbus County Superior Court, naming Erin D. Williamson and Carol A. Flaugher as defendants in a suit alleging wrongful death resulting from allegations of medical negligence. A copy of the Complaint is attached. Plaintiff also named as a defendant Sarah Patton Towne, DO. The United States does not represent defendant Towne.

2. Because two named defendants, Williamson and Flaugher, are deemed to be federal employees of the U. S. Government for purposes of the Federal Tort Claims Act, and at all times relevant to the Complaint were acting in the course and scope of their employment, and because the claim in this action is for a tortious action, the exclusive remedy for this action is pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. See 28 U.S.C. § 2679; 42 U.S.C. § 233(a) and (g). Filed herewith is the Certification of Scope of Employment and Substitution of the United States, pursuant to 28 U.S.C. § 2679.

3. The United States gives notice that this entire matter is hereby removed from state court to the United States District Court for the Eastern District of North Carolina and the division embracing Columbus County, North Carolina, pursuant to 28 U.S.C. § 1442.

WHEREFORE, United States of America shows that the action now pending in the Columbus County Superior Court, North Carolina, is removed therefrom to this Court. It is further requested that the court caption of this case to reflect that the United States of America is substituted as defendant for Erin D. Williamson and Carol A. Flaugher.

Respectfully submitted this 19th day of November, 2014.

        THOMAS G. WALKER
        United States Attorney


        By: /s/ Sharon C. Wilson
           SHARON C. WILSON
        Attorney for Defendant
        Assistant United States Attorney
        Federal Building, Suite 800
        310 New Bern Avenue
        Raleigh, NC 27601
        Telephone: (919) 856-4026
        Facsimile: (919) 856-4821
        N.C. Bar Number: 18435
        Sharon.Wilson2@usdoj.gov

CERTIFICATE OF SERVICE

I do hereby certify that I have this 19th day of November, 2014, served a copy of the foregoing upon the below listed party electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

    Roger L. Young
    The Young Law Firm, PC
    1015 Ashes Drive, Suite 201
    Wilmington, NC  28405

    Sarah Patton Towne
    c/o New Hanover Community Health Center
    925 N 4th Street
    Wilmington, NC  28401

                                      By:   /s/ Sharon C. Wilson
                                          SHARON C. WILSON
                                      Attorney for Defendant
                                      Assistant United States Attorney
                                      Federal Building, Suite 800
                                      310 New Bern Avenue
                                      Raleigh, NC 27601
                                      Telephone: (919) 856-4026
                                      Facsimile: (919) 856-4821
                                      N.C. Bar Number: 18435
                                      Sharon.Wilson2@usdoj.gov