UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-cv-270-D

ALAN TROY, ADMINISTRATOR OF THE )
ESTATE OF DARLENE MAYBANKS )
TROY, ) ORDER
)
Plaintiff, )
)
v. )
)
SARAH PATTON TOWNE, DO, and )
UNITED STATES OF AMERICA, )
)
Defendants.

UPON CONSIDERATION OF the United States' Motion to Consolidate and Motion to Extend Time to Respond, and the entire record,

IT IS HEREBY ORDERED on this ____ day of November, 2014, that the United States' motions are GRANTED;

IT IS ORDERED that Civil Action No. 7:14-CV-270-D, <u>Alan Troy, Administrator of the Estate of Darlene Maybanks Troy v. Sarah Patton Towne, DO and United States of America</u> is hereby consolidated with Civil Action No. 7:14-cv-193-FL, <u>Alan Troy, Administrator of the Estate of Darlene Maybanks Troy v. United States of America</u>.

IT IS FURTHER ORDERED that the United States shall have up to and including December 22, 2014, to answer or otherwise respond to plaintiff's claims on behalf of the United States.

SO ORDERED. This _16_ day of December 2014.

JAMES C. DEVER III
Chief United States District Judge