IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:14-cv-270-FL

| | |
|---|---|
| ALAN TROY, ADMINISTRATOR<br>OF THE ESTATE OF<br>DARLENE MAYBANKS TROY,<br><br>        Plaintiff<br><br>v.<br><br>SARAH PATTON TOWNE, DO, and<br>UNITED STATES OF AMERICA,<br><br>        Defendants | ORDER ON<br>MOTION TO DISMISS<br>Fed. R. Civ. P. 41(a)(2) |

This matter comes before the Court, pursuant to F. R. Civ. P. 41(a)(2), on Plaintiff's Motion to Dismiss from the above captioned case, Troy v. Towne and United States, 7:14-cv-270-FL, all claims that arise out of the actions of Erin D. Williamson and Carole A. Flaugher. Since the United States has substituted itself for Defendants Williamson and Flaugher, Plaintiff moves to dismiss without prejudice so that Plaintiff can continue to pursue against the United States all claims that arise out of the actions of Williamson and Flaugher as set out in the action captioned Troy v. United States, 7:14-cv-00193-FL.

The Court held a telephone conference on this matter on January 12, 2015 with counsel for Plaintiff, Dr. Towne, and the United States in attendance. Defendants, Dr. Towne and the United States, posed no objection to said motion.

Having considered the motion and having heard and considered the positions of the parties, the Court hereby grants the Motion.

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss all claims arising out of the actions of Nurse Practitioners Williamson and Flaugher from the case captioned <u>Troy v. Towne and United States</u>, 7:14-cv-270-FL, without prejudice to Plaintiff continuing to pursue claims arising out of the actions of Nurse Practitioners Williamson and Flaugher in the action captioned <u>Troy v. United States of America</u>, 7:14-cv-00193-FL, is hereby GRANTED.

SO ORDERED, this 29th day of January, 2015.

_____
LOUISE W. FLANAGAN
United States District Court Judge