UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN TROY<br>Administrator of the Estate of<br>Darlene Maybanks Troy, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | **JUDGMENT**<br><br>No. 7:14-CV-270-FL |
| SARAH PATTON TOWNE, DO;<br>ERIN D. WILLIAMSON, FNP; CAROL A.<br>FLAUGHER, WHNP; and UNITED<br>STATES OF AMERICA, ) ) ) ) ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 8, 2015, that the motion to remand is granted, and this case is remanded to the Superior Court of Columbus County, North Carolina.

**This Judgment Filed and Entered on May 8, 2015, and Copies To:**

Mark A. Sternlicht (via CM/ECF Notice of Electronic Filing)
Christopher M. Hinnant (via CM/ECF Notice of Electronic Filing)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)
The Honorable Jess H. Hill, Columbus County Clerk of Superior Court
    (via U.S. mail) PO Box 1587, Whiteville, NC 28472

May 8, 2015                JULIE RICHARDS JOHNSTON, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk